## CORPORATE RESOLUTION

       I, Matthew L. Jones, President of United Baptist Missionary Convention and Auxiliaries, Inc. hereby certify that on the 6$^h$ day of February 6, a meeting was held and it was determined that it is was in the best interest of the corporation to file a Chapter 11 Bankruptcy.

Dated: February 9, 2010                     /s/ Matthew L. Jones
                                                     Matthew L. Jones, President