IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| IN RE: | * | |
| UNITED BAPTIST MISSIONARY | | CASE NO.: 10-12735 |
| CONVENTION AND AUXILIARIES | | |
| INCORPORATED | * | CHAPTER 11 |
| Debtor. | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER AUTHORIZING PAYMENT AND CONTINUATION OF PREPETITION WAGES, COMPENSATION AND CONTINUATION OF CERTAIN EMPLOYMENT POLICIES IN THE ORDINARY COURSE

Upon consideration of Debtor's Motion for Entry of an Order Authorizing Payment of Prepetition Wages, Compensation and Continuation of Certain Employment Policies In the Ordinary Course, (the "Motion") and the Cushing Affidavit; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, his creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtor having

provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and no other or further notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; after due deliberation and sufficient cause appearing it is by the United States Bankruptcy Court for the District of Maryland

ORDERED THAT:

1. The Motion is granted.

2. The United Baptist Missionary Convention and Auxiliaries, Incorporated is authorized, but not required, in its sole and absolute discretion and in the exercise of its business judgment, to honor and pay in the ordinary course of business existing Prepetition Payroll Obligations and Employee Benefits, subject to (and capped at) the statutory limitations set forth in 11 U.S.C. §§ 507(a)(4) and 507(a)(5).

3. The United Baptist Missionary Convention and Auxiliaries, Incorporated is authorized, but not required, to make all normal and customary withholdings and deductions from wages and other compensation paid to the Employees, and to make all matching payments or contributions required under applicable law or otherwise made in the ordinary course of business.

4. Notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall constitute, nor is it intended to constitute, an assumption of any contract

under section 365 of the Bankruptcy Code or the waiver by the Debtor of any of his rights pursuant to any agreement by operation of law or otherwise.

      5.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

      6.  Bankruptcy Rule 6003 has been satisfied.

      7.  Notwithstanding Rule 6004(h) of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

cc:    Debtor's Counsel
        All Creditors on Matrix
        US Trustee

**Page 3 of 3**

**END OF ORDER**