**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
at Baltimore

Date: 2/10/10

In re:   Case No.:   10−12735 JS     Chapter:   11

United Baptist Missionary Convention and
Auxiliaries, Inc.
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 − Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by United Baptist Missionary Convention and Auxiliaries, Inc.. Disclosure Statement due by 8/9/2010. Government Proof of Claim due by 08/9/2010. Schedule A due 02/23/2010. Schedule B due 02/23/2010. Schedule D due 02/23/2010. Schedule E due 02/23/2010. Schedule F due 02/23/2010. Schedule G due 02/23/2010. Schedule H due 02/23/2010. Statement of Financial Affairs due 02/23/2010. Summary of schedules due 02/23/2010. Statement of Operations due 02/23/2010. Balance Sheet due 02/23/2010. Income Tax Return due 02/23/2010. Cash Flow Statement due 02/23/2010. Incomplete Filings due 02/23/2010 (Freiman, Adam) CORRECTIVE ENTRY: ENHANCED TEXT Modified on 2/10/2010 (Nelson, A).

PROBLEM: An Application to Employ Counsel was not filed .

CURE: Please file the required pleading by the cure date below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 2/24/10.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, A Nelson  301−344−3499

cc:   Debtor(s)
      Attorney for Debtor(s) − Adam M. Freiman

Form defntc (01/06)