**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE**

IN RE:                                   *
UNITED BAPTIST MISSIONARY          CASE NO.: 10-12735
CONVENTION AND AUXILIARIES
INCORPORATED                   *        CHAPTER 11
      Debtor.
*******************************************************************************

## APPLICATION FOR EMPLOYMENT OF COUNSEL

      COMES NOW, United Baptist Missionary Convention and Auxiliaries, Incorporated, Debtor-in-Possession (the "DIP"), and respectfully requests this Court for permission to employ attorneys pursuant to 11 U.S.C. §327 and in support thereof states:

      1. The DIP filed his Petition under Chapter 11 of Title 11 of the United States Code on February 9, 2010, and as the debtor-in-possession, desires to employ the law firm of Sirody Freiman & Feldman (the "Law Firm") as their attorneys in this case.

      2. The members of the Law Firm are admitted to practice in this Court, have knowledge and experience in bankruptcy law practice, and are well qualified to represent the DIP in this case.

      3. In the DIP's business and the pending Chapter 11 case, it is necessary to retain attorneys to perform legal services, including:

           A. Preparing pleadings and applications and conducting examinations incidental to any related proceedings or to the administration of this case;

           B. Determining the status of the DIP with respect to the claims of creditors in this case;

           C. Advising the DIP of his rights, duties, and obligations as a Debtor operating under Chapter 11 of the Bankruptcy Code;

           D. Taking any and all other necessary action incident to the proper preservation and administration of this Chapter 11 case; and

           E. Advising and assisting the DIP in the formation and preservation of a plan pursuant to Chapter 11 of the Bankruptcy Code, the disclosure statement, and any and all matters related thereto.

      4. The DIP desires to retain the Law Firm and its staff, who are competent and experienced in such matters and familiar with the affairs of the DIP, and request that he be authorized to employ said attorneys.

5. The DIP avers, that to the best of his knowledge, no employee or agent of Sirody, Freiman & Feldman represents any interest adverse to the DIP and his estate in matters upon which they will be engaged. DIP further avers that the employment of the Law Firm will be in the best interests of the bankruptcy estate.

6. The DIP desires to employ the attorneys of Sirody Freiman & Feldman and their staff under a general retainer because they anticipate extensive legal services to be required.

7. The DIP has paid a retainer to the Law Firm in the amount of Seventeen Thousand Five Hundred Dollars ($17,500.00) for the extensive legal services to be rendered in this case. Counsel shall submit the appropriate periodic fee applications pursuant to 11 U.S.C. §§ 330 and 331 for all services rendered/provided in connection with this Chapter 11 Bankruptcy Case.

**WHEREFORE**, United Baptist Missionary Convention and Auxiliaries Incorporated, Debtor-in-Possession, respectfully requests that this Honorable Court:

A. Enter an Order authorizing the employment of Sirody, Freiman & Feldman and the employment of their staff for the purposes described in this application, and

B. Award to the Debtor-in-Possession such other and further relief as is just and proper.

Date: February 12, 2010                    /s/ Matthew L. Jones
                                           Matthew L. Jones, President
                                           United Baptist Missionary Convention and
                                           Auxiliaries, Incorporated

                                           Debtor-in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

IN RE: *
UNITED BAPTIST MISSIONARY          CASE NO.: 10-12735
CONVENTION AND AUXILIARIES
INCORPORATED                  *    CHAPTER 11
    Debtor.
*************************************************************************

## AFFIDAVIT OF PROPOSED ATTORNEYS

STATE OF MARYLAND    }
COUNTY OF BALTIMORE }

    Adam M. Freiman, Esquire, Jeffrey M. Sirody, Esquire, D. Phillip Anderson, Esquire and Gary S. Poretsky, Esquire hereby each affirm and states:

    1. I am an attorney at law, duly admitted to practice in the State of Maryland and in this Court and maintain an office for the practice of law at 1777 Reisterstown Road, Suite 360, Baltimore, MD 21208.

    2. I have never previously represented the Debtor. I have not represented any creditors of the Debtor within the past year nor do I have any connection with any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. I hold no interest adverse to any of the foregoing persons.

## OATH

    I HEREBY CERTIFY under penalty of perjury that all of the foregoing statements are true and correct.

| | |
|---|---|
| /s/ Adam M. Freiman | /s/ D. Phillip Anderson |
| Adam M. Freiman | D. Phillip Anderson |
| | |
| /s/ Jeffrey M. Sirody | /s/ Gary S. Poretsky |
| Jeffrey M Sirody | Gary S. Poretsky |